IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR JAMES GRIFFIN JR., | |
| Petitioner, | 8:21CV461 |
| vs. | |
| ARRAIGNMENT JUDGE, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the court on its own motion. On January 20, 2022, the clerk of the court sent an order to Petitioner at his last known address, and it was returned to this court as undeliverable. (*See* Filing 18, Case No. 8:21CV377.) Petitioner has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Petitioner's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Petitioner must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **March 18, 2022**: check for address.

Dated this 16th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2