IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR JAMES GRIFFIN JR., | |
| Petitioner, | 8:21CV461 |
| vs. | |
| ARRAIGNMENT JUDGE, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before me on Petitioner's Motion to Update Information filed on March 18, 2022. (Filing 10.) This matter was dismissed without prejudice on March 3, 2022 because Petitioner was involved with ongoing state court criminal proceedings making abstention appropriate. (Filings 7 & 8.) Petitioner's present motion indicates that his state court criminal proceedings are still ongoing. Accordingly,

IT IS ORDERED that: Petitioner's Motion to Update Information (filing 10) is denied as moot.

Dated this 23rd day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge